**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

No. 99-7696

———————

RICKY DALE BROCK,

Plaintiff - Appellant,

versus

MELITA GROOMES; JUANITA H. BAKER; ELBERT T.
BUCK, JR.; WILLIAM A. LOWRY; CHARLES L. MANN,
SR.; PEGGY M. STAMEY; MARY STEVENS; JOHN/JANE
DOES,

Defendants - Appellees,

and

JAMES B. HUNT, JR.; R. MACK JARVIS; MICHAEL S.
HAMDEN; SUSAN H. POLLITT; MICHAEL F. EASLEY;
ELIZABETH F. PARSONS,

Defendants.

———————

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Terrence W. Boyle, Chief District Judge. (CA-99-298-5-BO)

———————

Submitted: March 23, 2000          Decided: March 30, 2000

———————

Before LUTTIG, WILLIAMS, and MICHAEL, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

Ricky Dale Brock, Appellant Pro Se. William McBlief, OFFICE OF THE ATTORNEY GENERAL OF NORTH CAROLINA, Raleigh, North Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Ricky Dale Brock appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 1999) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>Brock v. Groomes</u>, No. CA-99-298-5-BO (E.D.N.C. Nov. 5, 1999). We further deny Brock's motion for restraining order and preliminary injunction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2